UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

ROY LUCAS,                       )
                                 )
         Plaintiff               )
                                 )
vs.                              )     Case No. 1:10-cv-00699-SLB-HGD
                                 )
CONSTANCE REESE, et al.,         )
                                 )
         Defendants              )

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on April 5, 2012, recommending that this action filed pursuant to *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971), be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  (Doc. 16).  No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed

pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

DONE this 4th day of September, 2012.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE